# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANA RODRIGUEZ, | Case No. 1:17-cv-00976-DAD-SKO |
| Plaintiff, | **ORDER DIRECTING CLERK TO CLOSE CASE** |
| v. | **(Doc. 4)** |
| SELECT PORTFOLIO SERVICING, INC.; and DOES 1–10, inclusive, | |
| Defendants. | |

On August 18, 2017, Plaintiff filed a Notice of Stipulation of Dismissal, in which he notifies the Court that he has voluntarily dismissed his Complaint with prejudice. (Doc. 4.) This stipulation is signed by all parties who have appeared in this action. (*See id.* at 2.) As such, Plaintiff has voluntarily dismissed this matter with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **August 21, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE